LITTLE
ROCK,
July, 1838.

REYNOLDS
vs.
SNEED.

REUBEN W. REYNOLDS *against* SEBRON G. SNEED.

APPEAL *from Washington Circuit Court.*

In order to give this court jurisdiction, the amount in controversy must be one
hundred dollars or upwards.

If the complainant claims more by his bill than one hundred dollars, and a de-
cree is given in his favor for less than one hundred dollars, he is entitled to
appeal, but the defendant is not.

This was a suit in chancery, commenced in the court below by the
appellee against the appellant, where the appellee obtained a decree
for the sum of ninety dollars and fifty cents. The case being disposed
of here on the question of jurisdiction, it is not necessary to state the
particular facts of the case or the arguments of counsel on the main
questions.

TAYLOR, for the appellant:

WALKER, *contra:*

LACY, *Judge*, delivered the opinion of the court:

This case comes up by an appeal from the Washington Circuit Court.
The decree was entered in favor of the complainant and against the
defendant, on the final hearing of the case, for the sum of ninety dol-
lars and fifty cents. The defendant prayed an appeal, which was
allowed, and regularly executed his bond with surety for its prose-
cution.

The first question presented by the record is, was the appeal right-
fully allowed, or has this court jurisdiction of the case? By the organic
law, (*Digest*, p. 39, sec. 7), it is declared "that the Superior Court
shall have and exercise exclusive appellate jurisdiction in all civil cases
in which the amount in controversy shall be one hundred dollars or
upwards." And by the act of the Legislature, approved July 3d,
1807 (*Digest*, 334, sec. 58) "if any person shall feel himself or herself
aggrieved by any final decision or judgment given in any of the
courts of common pleas (Circuit Courts) in any cause wherein the mat-
ter in dispute exceeds, exclusive of costs, the sum or value of one hun-
dred dollars, it shall and may be lawful for such person at the term
in which such judgment is given to enter his or her appeal to the
general (Superior Court.") In order to give this court jurisdiction,
the amount in "controversy must be one hundred dollars or upwards."

LITTLE ROCK, July, 1838.

REYNOLDS vs. SNEED.

The right of appeal is only given by the act "where the sum or value in dispute exceeds one hundred dollars, exclusive of costs." In the case now before us it is apparent that had the decree been rendered in favor of the complainant for a sum less than one hundred dollars, he would still have been entitled to his appeal, for the matter in controversy, or sum in dispute, as alleged by his bill, is greater than the sum necessary to confer jurisdiction on this court. In this instance, however, the defendant has appealed, and seeks to reverse a decree had against him for a less sum than one hundred dollars. What, then, is the matter in controversy, or sum in dispute? It is certainly less than one hundred dollars, for the object in prosecuting the appeal is to reduce the amount of the decree to a less sum than is now entered up against him. Consequently the appeal in this cause must be dismissed for want of jurisdiction. 7 *Cranch, Wise & Sims* vs. *The Columbia Turnpike Company,* 276; 4 *Cranch, United States* vs. *McDowell,* 316; *Henry's executor* vs. *Elcan;* 2d *Mon.,* 541, 542.